| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>KING, CAROLYN D. | 2. Court or Organization<br><br>U.S. COURT OF APPEALS 5TH CIR. | 3. Date of Report<br><br>03/10/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>U.S. COURTHOUSE, ROOM 11020<br>515 RUSK AVENUE<br>HOUSTON, TX 77002-2694 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER - BOARD OF DIRECTORS AND BOARD'S EXECUTIVE COMMITTEE (UNTIL 12/9/10) | SOUTH TEXAS COLLEGE OF LAW |
| 2. RESEARCH FELLOW | THE CENTER FOR AMERICAN AND INTERNATIONAL LAW |
| 3. MEMBER OF COUNCIL AND OF COUNCIL'S EXECUTIVE COMMITTEE; TREASURER | AMERICAN LAW INSTITUTE |
| 4. MEMBER OF ADVISORY BOARD | THE CENTER FOR THOMISTIC STUDIES, UNIVERSITY OF SAINT THOMAS |
| 5. MEMBER OF PRESIDENT'S BOARD OF ADVISORS | UNIVERSITY OF SAINT THOMAS |
| 6. MEMBER OF ADVISORY BOARD OF THE JUDICIAL OUTREACH PROGRAM | AMERICAN SOCIETY OF INTERNATIONAL LAW |
| 7. MEMBER OF BOARD OF TRUSTEES AND OF THE BOARD'S EXECUTIVE COMMITTEE | BAYLOR COLLEGE OF MEDICINE |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

King, Carolyn D.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | See attached report of Thomas M. Reavley |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AMERICAN SOCIETY OF INTERNATIONAL LAW | 02/16-17, 2010 | WASHINGTON, DC | ATTEND ASIL MEETING | REIMBURSEMENT OF LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 2. | AMERICAN LAW INSTITUTE | 04/19-20, 2010 | PHILADELPHIA, PA | ATTEND MEETINGS AT ALI HEADQUARTERS | REIMBURSEMENT OF LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 3. | AMERICAN LAW INSTITUTE | 05/15-20, 2010 | WASHINGTON, DC | ATTEND ALI ANNUAL MEETING | REIMBURSEMENT OF LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 4. | AMERICAN LAW INSTITUTE | 06/29, 2010 | PHILADELPHIA, PA | ATTEND MEETINGS AT ALI HEADQUARTERS | REIMBURSEMENT OF TRANSPORTATION |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D. | 03/10/2011 |

| 5. | AMERICAN LAW INSTITUTE | 10/20-24, 2010 | NEW YORK, NY | ATTEND ALI COUNCIL MEETING | REIMBURSEMENT OF LODGING, MEALS, TRANSPORTATION AND AIRFARE |
|---|---|---|---|---|---|
| 6. | AMERICAN LAW INSTITUTE | 12/2-4, 2010 | SANTA FE, NM | ATTEND ALI RETREAT | REIMBURSEMENT OF LODGING, MEALS, TRANSPORTATION AND AIRFARE |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D. | 03/10/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. 2010 | See attached report of Thomas M. Reavley | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D. | 03/10/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Compass Bank Houston, TX (Money Market) | A | Interest | K | T | | | | | |
| 2. J.P. Morgan Chase Common Stock (formerly J.P. Morgan & Co.) | A | Dividend | K | T | | | | | |
| 3. General Electric Co. Common Stock | B | Dividend | L | T | | | | | |
| 4. 4.85% University of North Carolina-Chapel Hill Rev. RFDG | B | Interest | | | Redeemed | 11/01/10 | K | | ISSUER |
| 5. Bonds Due 11/1/2010 | | | | | | | | | |
| 6. IBM Common Stock | A | Dividend | K | T | | | | | |
| 7. Exxon Mobil Corp. Common Stock | B | Dividend | L | T | | | | | |
| 8. Compass Bank Checking Account in the ▓▓▓▓ | | None | J | T | | | | | |
| 9. ▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | | | |
| 10. T. Rowe Price Small Cap Value Fund | C | Distribution | M | T | | | | | |
| 11. | | Dividend | | | | | | | |
| 12. T. Rowe Price New Era Fund | B | Distribution | M | T | | | | | |
| 13. | | Dividend | | | | | | | |
| 14. Northwestern Mutual Whole Life Policies - See Part VIII | E | Dividend | N | V | | | | | |
| 15. Abbott Labs Common Stock | B | Dividend | L | T | | | | | |
| 16. Illinois Tool Works Inc Common Stock | D | Dividend | N | T | | | | | |
| 17. 5.25% Indiana St. Office Bldg. Comm. Bonds Due 7/1/10 | C | Interest | | | Redeemed | 7/01/10 | K | | ISSUER |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D. | 03/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | 3.25% Danbury, Connecticut Bonds Due 8/1/2010 | C | Interest | | | Redeemed | 8/02/10 | L | | ISSUER |
| 19. | 5% California Economic Recovery Bonds Due 7/1/2015 | C | Interest | M | T | | | | | |
| 20. | Procter & Gamble Common Stock | C | Dividend | L | T | | | | | |
| 21. | 3.8% NY State Thruway Aut. Gen. Rev. Bonds Due 1/1/2015 | C | Interest | M | T | | | | | |
| 22. | 5% Denver Colo City & Cnty Rev. Bonds Due 9/1/2015 | C | Interest | M | T | | | | | |
| 23. | Akron, OH CTFS PARTN 5% Bonds Due 12/01/2017 | D | Interest | M | T | | | | | |
| 24. | Corpus Christi, TX Util Sys Rev 4% Bonds Due 7/15/2012 | C | Interest | M | T | | | | | |
| 25. | Northwestern Mutual Variable Annuity Policy | | None | M | T | | | | | |
| 26. | ▨▨▨▨▨ annuitant) | | | | | | | | | |
| 27. | Tarrant Cnty Tex Hea B LTH FACS Dev Corp 5% Bonds | C | Interest | M | T | | | | | |
| 28. | Due 12/1/2019 | | | | | | | | | |
| 29. | Texas Transn Commn ST Hwy FD Rev 5% Bonds Due 4/1/2019 | C | Interest | M | T | | | | | |
| 30. | Northwestern Mutual Insurance Service Account | A | Interest | J | T | | | | | |
| 31. | Glaxosmithkline PLC | B | Dividend | K | T | | | | | |
| 32. | Goldman Sachs Bank | A | Interest | M | T | | | | | |
| 33. | King CNTY WA SCH GO 5% Bonds Due 12/1/2013 | C | Interest | M | T | | | | | |
| 34. | Texas GO 5% Bonds Due 4/1/2019 | D | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D. | 03/10/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Phoenix AZ Rev. 5% Bonds Due 7/1/2018 | D | Interest | M | T | | | | | |
| 36. Chevron Corp. | B | Dividend | L | T | | | | | |
| 37. Royal Dutch Shell | C | Dividend | L | T | | | | | |
| 38. Dallas Cnty TX Cmnty College GO 5% Bonds Due 2/15/21 | | None | M | T | Buy | 12/09/10 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

In response to Part VII C, I have reported the aggregate cash surrender value for the whole life policies. In response to Part VII B, I have shown the aggregate amount of the dividends on those policies, which are used to pay the premiums and increase the cash surrender value.

I am married to Circuit Judge Thomas M. Reavley. I have attached a copy of his Financial Disclosure Report for 2010 for the information about [redacted] required by the Instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Reavley, Thomas M. | 2. Court or Organization<br><br>Fifth Circuit Court of Appeals | 3. Date of Report<br><br>03/14/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>Bob Casey Federal Courthouse<br>515 Rusk Street, Room 11009<br>Houston, Texas 77002 | 8. On the basis of the Information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reavley, Thomas M. | 03/14/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | State of Texas, Judicial Retirement | $68,400.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | See attached report of Carolyn D. King |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting . | Date of Report |
|---|---|
| Reavley, Thomas M. | 03/14/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Prudential Insurance Co. | Policy Loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reavley, Thomas M. | 03/14/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Compass Bank (Houston) | A | Interest | M | T | | | | | |
| 2. Royalty (Hendrix) Pecos County, Texas | A | Royalty | J | W | | | | | |
| 3. Minerals (Samson) Nacogdoches County, Texas | F | Royalty | N | W | | | | | |
| 4. Minerals (Apache) Nacogdoches County, Texas | B | Royalty | K | W | | | | | |
| 5. Minerals (Basa) Nacogdoches County, Texas | A | Royalty | | | Sold | 3/24/10 | J | A | Basa |
| 6. Chase Bank (Houston) | A | Interest | M | T | | | | | |
| 7. Minerals (Chesapeake) Nacogdoches County, Texas | B | Royalty | J | W | | | | | |
| 8. Fee Land, Lano County, Texas | | None | K | W | | | | | |
| 9. Prudential Insurance Company | A | Int./Div. | J | T | | | | | |
| 10. Indigo | E | Royalty | M | W | | | | | |
| 11. Minerals (BP) Panola County, Texas | D | Royalty | K | W | | | | | |
| 12. Minerals (EOG) Nacogdoches County, Texas | A | Royalty | J | W | | | | | |
| 13. Minerals (AC Exp now Patara) Shelby County, Texas | C | Royalty | K | W | | | | | |
| 14. Minerals (Noble) Nacogdoches County, Texas | C | Royalty | L | W | | | | | |
| 15. Minerals (XTO) Nacogdoches County, Texas | A | Royalty | J | W | | | | | |
| 16. Minerals (Delta Petroleum) Newton County, Texas | | None | J | W | | | | | |
| 17. General Municipal Money Market Fund | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reavley, Thomas M. | 03/14/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Texas State Bond | C | Interest | M | T | | | | | |
| 19. University of Texas Permanent Bond 5% Due 7/01/13 | C | Interest | M | T | | | | | |
| 20. Corpus Christi Bond 4% Due 7/15/11 | C | Interest | M | T | | | | | |
| 21. Greater Clark County, Colorado Bond 5% Due 7/15/11 | C | Interest | M | T | | | | | |
| 22. Akron, Ohio Bond 5% Due 1/12/17 | D | Interest | M | T | | | | | |
| 23. Houston, Texas Bond (SER, E) | C | Interest | M | T | | | | | |
| 24. Goldman Sachs Bank | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

My spouse is Carolyn D. King. I attach a copy of her financial disclosure report for my report of her finances.

VII Item 13 - AC transferred to Patara Company.

VII Custody and reporting for all bonds transferred from Northwestern Mutual to Goldman Sachs in December 2010. Because bond value and interest would not be affected, the only effect on the report is from item 17 (Northwestern's bank holding cash) and the new item 24 (Goldman Sachs Bank).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544